# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE LATHAN COMPANY

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT,
AND JOHN WHITE IN HIS
OFFICIAL CAPACITY AS THE
STATE OF LOUISIANA
SUPERINTENDENT OF EDUCATION

CONSOLIDATED WITH

GUARANTEE COMPANY OF NORTH
AMERICA

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT

NO.  2026 CW 0540

AUGUST 03, 2026

---

In Re:    Jacobs Project Management Co./CSRS Consortium, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 612067 c/w 635780.

---

BEFORE:   McCLENDON, STROMBERG AND EDWARDS, JJ.

WRIT GRANTED. The portion of the district court's March 5, 2026 judgment denying the motion for summary judgment filed by defendant, Jacobs Project Management Co./CSRS Consortium, is reversed. After a de novo review of the evidence, this court finds that no genuine issue of material fact remains and the contracts between the parties do not impose a duty upon Jacobs to protect Lathan from the specific allegations of negligence for which it seeks recovery. Jacobs cannot be held liable for failing to perform duties that are contractually allocated to other parties, nor for failing to perform duties which it is contractually prohibited from performing. See **Bonilla v. Verges Rome Architects**, 2023-00928 (La. 3/22/24), 382 So.3d 62, 68-69. Accordingly, the motion for summary judgment is granted, and The Lathan Company's remaining claims against defendant, Jacobs Project Management Co./CSRS Consortium, are dismissed.

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT